IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES ANDREW GRAY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE DISTRICT ATTORNEY OF THE** | : | |
| **COUNTY OF PHILADELPHIA, THE** | : | |
| **ATTORNEY GENERAL OF THE STATE** | : | |
| **OF PENNSYLVANIA, JOHN KERESTES** | : | **NO. 05-2382** |

## ORDER

**NOW**, this 19th day of August, 2021, upon consideration of petitioner's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (Doc. No. 47), his Supplement and Amendment for Relief from Judgment Under Fed. R. Civ. P. 60 (Doc. Nos. 50 and 51), and the response, it is **ORDERED** that the motion is **DENIED.**

                                        /s/ TIMOTHY J. SAVAGE J.